IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAUL CASTONGUAY SR., | ) | 8:09CV221 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DOUGLAS COUNTY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on its own motion. On September 1, 2009, the court conducted an initial review, finding that Plaintiff's Complaint failed to state a claim upon which relief may be granted. (Filing No. 12.) However, the court granted Plaintiff until October 1, 2009, to file an amended complaint. (*Id.*) In particular, the court required Plaintiff to adequately plead, in accordance with the standard set forth in *Jane Doe A v. Special Sch. Dist. of St. Louis County*, 901 F.2d 642, 645 (8th Cir. 1990), that Defendant had an official policy or custom that violated his rights. (Filing No. 12 at CM/ECF pp. 3-4.)

On September 8, 2009, Plaintiff filed an Amended Complaint. (Filing No. 14.) As with his original Complaint, Plaintiff's Amended Complaint fails to allege sufficient facts to state a claim upon which relief may be granted against Defendant under the *Jane Doe* standard. For these reasons, and for the reasons set forth in the court's October 1, 2009 Memorandum and Order, this matter is dismissed.

IT IS THEREFORE ORDERED that:

1.     This matter is dismissed without prejudice for failure to state a claim upon which relief may be granted.

2.    A separate judgment will be entered in accordance with this Memorandum and Order.

November 3, 2009.                    BY THE COURT:

                                     s/ Joseph F. Bataillon
                                     Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.